# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Tattersalls, Ltd., | ) | NO. CV 11-06311 SJO (SHx) |
|           Plaintiff, | ) | |
| | ) | **AMENDED JUDGMENT** |
|    v. | ) | |
| Jeffrey DeHaven, | ) | |
|           Defendant. | ) | |

This action came before the Court on Plaintiff Tattersalls Ltd.'s ("Plaintiff") Motion to Amend the Judgment. Having carefully considered all the pleadings, briefing, documentary evidence, and arguments,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  That judgment be entered in favor of Plaintiff on its claim for breach of contract.
2.  That Plaintiff is awarded the following:
    (A)  Full title, ownership, and right of possession to a racehorse by the name of Singapore Lilly;

1     (B)    Possession of registration papers related to Singapore Lilly, including but not limited to her registration papers issued by the Jockey Club;

3     (C)    Damages in the amount of $282,210.00 to compensate for the amount of depreciation in Singapore Lilly's value;

5     (D)    Interest on the purchase price of Singapore Lilly in the amount of $52,557.12;

6     (E)    Costs for the physical recovery and repossession of Singapore Lilly in the amount of $2,014; and

8     (F)    Attorneys' fees in the amount of $48,645.00.

IT IS SO ADJUDGED.

Dated: May 4, 2012.

*S. James Otero* (signature)

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE